### OBEY CANE v. THE STATE.

#### No. 6819. Decided April 15, 1922.

**Misdemeanor Theft—Notice of Appeal—Final Judgment.**

In the absence of final judgment and notice of appeal, the appeal must be dismissed.

Appeal from the County Court of Orange. Tried below before the Honorable Ed. S. McCarver.

Appeal from a conviction of misdemeanor theft; penalty, a fine of $10, and one day in jail.

The opinion states the case.

*D. A. Puckett,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW. PRESIDING JUDGE. The offense is theft, a misdemeanor.

The caption does not name the date upon which the term of court began at which the appellant was tried.

No notice of appeal appears in the record; nor is there any final judgment.

For these reasons, the Assistant Attorney General, on behalf of the State, has filed a motion to dismiss the appeal. The motion is granted, and the appeal is dismissed.

*Dismissed.*